Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of earthenware eggcups similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (46 Cust. Ct. 8, C.D. 2226), the claim of the plaintiff was sustained.

No. 67817.—B. Altman & Co. v. United States, protest 62/14026 (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiff was sustained.

No. 67818.—Hudson Shipping Co., Inc. v. United States, protests 59/33400, 59/33424, and 60/29535(B) (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 67819.—King Shipping Company v. United States, protests 61/4350, 61/4351, and 61/11625 (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 67820.—W. & T. Spyer, Inc. v. United States, protest 62/17286–13053 (Chicago).

Opinion by DONLON, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, JUNE 17, 1963

No. 67821.—Falcon Sales Co. v. United States, protest 60/31346 (Tampa).